NUMBER 13-02-115-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

GERONIMO
EDELMIRO HERNANDEZ,                                      Appellant,

 

                                                   v.

 

GILBERTO
FALCON AND WIFE, ELMA FALCON,                      Appellees.

____________________________________________________________________

 

                         On appeal from the 92nd District Court

                                  of Hidalgo
County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

         Before Chief Justice Valdez
and Justices Hinojosa and Yanez

                                       Opinion
Per Curiam

 








Appellant, GERONIMO
EDELMIRO HERNANDEZ, perfected an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause
number C-2395-97-A.  The
clerk=s record was filed on March 22, 2002.  No reporter=s record was filed.   Appellant=s brief was due on April 22, 2002. To date, no appellate brief has been received.

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On September 16,
2002,  notice was given to all parties
that this appeal was subject to dismissal pursuant to Tex. R. App. P. 38.8(a)(1). 
Appellant was given ten days to explain why the cause should not be
dismissed for failure to file a brief. 
To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 24th day of
October, 2002